IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MORTGAGE BANKERS ASSOCIATION,  )<br>  )<br>         Plaintiff,  )<br>    v.  )<br>  )<br>HILDA L. SOLIS, NANCY LEPPINK, and  )<br>UNITED STATES DEPARTMENT OF LABOR  )<br>  )<br>         Defendants.  )<br>  ) | Civ. No. 1:11-cv-0073 (RBW) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants' Notice of Supplemental Authority (Dkt. 40) regarding *Swigart, et al. v. Fifth Third Bank*, No. 1:11-cv-88 (S.D. Oh.), like their first notice of supplemental authority regarding *Lewis v. Huntington National Bank*, No. 2:11-cv-58 (S.D. Oh.) (Dkt. 34), is misplaced and redundant.  Indeed, *Swigart* is from the same court as *Lewis*—the Sothern District of Ohio—and the court in *Swigart* simply, without analysis, "affirm[ed] its recent decision in *Lewis* [and] adopt[ed] the reasoning therein." Slip Op. 25.  For the reasons explained in Plaintiff's Response to Defendants' Notice of Supplemental Authority (Dkt. 36), however, the *Lewis* decision is clearly inconsistent with controlling D.C. Circuit precedent and moreover, respectfully, was wrongly decided.  *Swigart*, like *Lewis*, therefore, does not support Defendants' contentions.

Dated:  May 10, 2012                                  Respectfully submitted,

                                                                    /s/  Howard M. Radzely
                                                                MORGAN, LEWIS & BOCKIUS LLP
                                                                Howard M. Radzely (D.C. Bar #437957)
                                                                Michael W. Steinberg (D.C. Bar #964502)
                                                                David M. Kerr (D.C. Bar #475707)
                                                                1111 Pennsylvania Avenue, NW
                                                                Washington, D.C.  20004
                                                                (202) 739-5996

Sam S. Shaulson (*Pro Hac Vice*)
101 Park Avenue
New York, NY  10178
(212) 319-6718

Counsel for Plaintiff
MORTGAGE BANKERS ASSOCIATION